SAMUEL J. STEINER
U.S. Bankruptcy Judge
United States Courthouse
700 Stewart Street
Seattle, WA  98101-1271

(206) 370-5300

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re | ) NO. 05-23422 |
| | ) |
| CHRISTOPHER D. PROCHAZKA, | ) ADVERSARY NO. A07-01055 |
| | ) |
| Debtor. | ) |
| | ) |
| CHRISTOPHER D. PROCHAZKA, | ) |
| | ) |
| Plaintiff, | ) FINDINGS OF FACT AND |
| vs. | ) CONCLUSIONS OF LAW |
| | ) |
| CFS SUNTECH SERVICING LLC, CGO EDUCATION LOAN FUNDING, | ) |
| | ) |
| Defendants. | ) |

This matter having come on regularly for hearing before the undersigned Bankruptcy Judge of the above entitled Court on May 18, 2007; the plaintiff/debtor appearing through his attorney, Marc S. Steiner, and the defendant, Educational Credit Management Corporation (ECMC) being represented by Michaelann Ehrenberg of counsel; and the Court having considered the briefs and having heard oral argument, now makes the following

FINDINGS OF FACT AND
CONCLUSIONS OF LAW  - 1

FINDINGS OF FACT

1. The debtor, Prochazka, filed bankruptcy in this Court on September 29, 2005, under Cause Number 05-23422-SJS, and received his discharge on January 11, 2006.

2. On February 6, 2006 (post filing and after discharge) Prochazka consolidated his student loan debt under the William D. Ford Program, thereby incurring an entirely new student loan with a difference lender and with new payment terms.

3. Prochazka consolidated his student loan debt a second time on March 20, 2006 (again post petition and post discharge) with another lender, GCO Educational Loan Funding Corporation and with entirely new payment terms.

4. Prochazka filed this adversary proceeding on February 21, 2007, seeking to discharge his student loan debts.

Based on the foregoing Findings of Fact, the Court now makes and enters its

CONCLUSIONS OF LAW

1. Educational Credit Management Corporation should be substituted for CFS Suntech Servicing LLC, and CGO Education Loan Funding in there proceedings.

2. Pursuant to Educational Credit Management v Betty A. McBurney, 357 B.R. 536 (B.A.P. 9th Cir. 2006), Prochazka's pre-petition student loan debt was extinguished by the disbursement of the post petition loan under the Ford Program.

3. The new debt created by the consolidation constitutes a post petition debt which is per se nondischargeable in bankruptcy.

4. ECMC's motion for summary judgment dismissing the complaint in this adversary cause with prejudice should be granted.

5. Prochazka's Motions for Consolidation, Summary Judgment and Reconsideration should be denied.

DATED: June 12, 2007

_____
UNITED STATES BANKRUPTCY JUDGE